Darth K. Vaughn (SBN: 253276)
dkvaughn@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Telephone:  949/475-1500
Facsimile:   949/475-0016

Attorneys for Defendants
Tyco Fire Products LP
and Grinnell Corporation

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | Case No. CV13-04817 RSWL (MRMx) |
| Plaintiff, | ORDER RE: REMAND |
| vs. | |
| TYCO FIRE PRODUCTS, LP; GRINNELL CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

Based on the review of the foregoing stipulation and good cause appearing therefore, this action is remanded forthwith to the Los Angeles County Superior Court, North Central Judicial District, Case No. EC060577.

DATED: August 13, 2013            /s/ Ronald S. W. Lew
                                  HON. RONALD S.W. LEW
                                  Senior U.S. District Judge

[PROPOSED] ORDER RE: REMAND

149035 V1